✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 5:18-CR-00068-001 (MTT) |
| **BRANDON CORTEZ WILLIAMS** | |

On March 4, 2022, the supervised release period of 36 months commenced. Brandon Cortez Williams has complied with the rules and regulations of supervised release, he has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Brandon Cortez Williams be discharged from supervision.

Respectfully submitted,

*James O. Poe, III*
James O. Poe, III
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   30th   day of   October  , 2024.

S/ Marc T. Treadwell

MARC T. TREADWELL
U.S. DISTRICT JUDGE